# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Campos Guerrero,         )<br>                  Petitioner,           )<br>                                              )<br>v.                                            )<br>                                              )<br>Greg Fizer and Terry Goddard, Attorney)<br>General of the State of Arizona,      )<br>                                              )<br>                 Respondents.         )<br>_____) | No. CV 06-00812 PHX NVW (MEA)<br><br>**ORDER** |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Mark E. Aspey (doc. # 12) regarding Petitioner's *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (doc. # 1). The R&R recommends that the petition be denied and dismissed with prejudice.

The parties did not file objections to the R&R, which relieves the court of its obligation to review any of the magistrate judge's determinations in the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The court has nonetheless reviewed the R&R and finds that it is well taken. The court will accept the R&R and deny the petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1  IT IS THEREFORE ORDERED that Report and Recommendation of Magistrate
2  Judge Aspey (doc. # 12) is accepted.
3  IT IS FURTHER ORDERED that Petitioner's *pro se* Petition for Writ of Habeas
4  Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (doc. # 1) is denied and
5  dismissed with prejudice.  The clerk is directed to terminate this case.
6  DATED this 15th day of November 2006.

_____
Neil V. Wake
United States District Judge